

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2019

No. 04-19-00379-CV

**INTEREST OF D.J.**, et al., children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01753
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

    The State's Motion to Extend Time to file Brief is GRANTED.  The State's brief is due October 28, 2019.

_____
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk